IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:23-cv-01329

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

BELLY MELLY, LLC,

    Defendant.

## JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Belly Melly, LLC ("Defendant") (collectively, the "Parties") hereby file this joint motion for entry of the attached Agreed Final Judgment and Permanent Injunction (the "Final Judgment"), and state as follows:

1. The Parties have amicably resolved this dispute and have agreed to entry of the attached Final Judgment.

2. As a result, the Parties respectfully request that the Court enter the Final Judgment and direct the Clerk to close this case.

Respectfully submitted on September 11, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC | HEITNER LEGAL P.L.L.C. |
| 3111 N. University Drive | 215 Hendricks Isle |
| Suite 301 | Fort Lauderdale, FL 33301 |
| Coral Springs, FL 33065 | Telephone (954)-558-6999 |
| Telephone: (877) 437-6228 | Fax (954)-927-3333 |
| dan@copycatlegal.com | Darren@HeitnerLegal.com |

| | |
|---|---|
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| By: /s/ Daniel DeSouza | By: /s/ Darren Heitner, Esq. |
| Daniel DeSouza, Esq. | Darren Adam Heitner |

### CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.